IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-534-FDW-DCK

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-for Profit Corporation, and OWEN HARTY, Individually, <br><br> Plaintiffs, <br> vs. <br><br> AMCAP BALLANTYNE LLC, A Delaware Limited Liability Company, <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion To Compel Defendant To Submit To Discovery (The Rule 24 Inspection )" (Document No. 20) filed December 27, 2009. The Court having been informed that the case settled on January 4, 2010, the Court will <u>deny</u> this motion without prejudice to bring the motion again, if necessary.

**IT IS THEREFORE ORDERED** that "Plaintiffs' Motion To Compel Defendant To Submit To Discovery (The Rule 24 Inspection )" (Document No. 20) is **DENIED WITHOUT PREJUDICE**.

Signed: January 20, 2010

David C. Keesler
United States Magistrate Judge